UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE AKINLEMIBOLA,

                    Plaintiff,

        v.

ORA DENTAL STUDIOS,

                    Defendant.

CASE NO. 2:18-cv-01554-JLR

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 23rd day of October, 2018.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge