# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GRACE AKINLEMIBOLA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ORA DENTAL STUDIOS,<br><br>　　　　　　Defendant. | CASE NO. C18-1554JLR<br><br>ORDER DISMISSING CASE |

On October 25, 2018, the court dismissed *pro se* Plaintiff Grace Akinlemibola's complaint and granted her 14 days to file an amended complaint correcting the pleading deficiencies identified in the court's order. (Order (Dkt. # 5) at 7-8.) The court warned Ms. Akinlemibola that if she "fail[ed] to file an amended complaint, . . . the court [would] dismiss her complaint without leave to amend." (*Id.* at 7.) More than 14 days have passed, and Ms. Akinlemibola has not filed an amended complaint. (*See generally* Dkt.)

//

//

ORDER - 1

Accordingly, the court DISMISSES Ms. Akinlemibola's action without prejudice and without leave to amend. The court DIRECTS the Clerk to close this matter.

Dated this 14th day of November, 2018.

*[signature]*

The Honorable James L. Robart
U.S. District Court Judge

ORDER - 2